IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 10-0110 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| vs. | |
| BALDEV SINGH PADDA, et al., | |
| Defendants. / | |

This Court's June 11, 2010 order vacated dates and ordered plaintiff to file appropriate papers to dismiss or conclude this action in its entirety, no later than June 30, 2010. Plaintiff has not filed a Dismissal pursuant to F.R.Civ.P. 41(a)(1). On the basis of good cause, this Court ORDERS plaintiff, no later than July 19, 2010, to show good cause in writing why this Court should not impose monetary or other sanctions against plaintiff and/or counsel for failure to comply with the Court's order. This Order to Show Cause will be discharged if, no later than July 19, 2010, plaintiff files appropriate papers to dismiss this action and to comply with F.R.Civ.P. 41(a)(1). This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   July 9, 2010**              /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1