UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 10-0110 LJO GSA |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| BALDEV SINGH PADDA, et al., | |
| Defendant. | |

On July 7, 2010, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action. The Order to Show Cause (Doc. 23) is DISCHARGED.

IT IS SO ORDERED.

**Dated:   July 12, 2010**                            /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE